PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LILJOHN R. ALVERY, <br><br> Defendant. | Case No. 5:20-po-00025-CDB <br><br> [Only as to Citation # 9379309 CA/26] <br><br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:20-po-00025-JLT [only as to Citation # 9379309 CA/26] against LILJOHN R. ALVERY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 25, 2024                                 Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                      United States Attorney

                                              By:     /s/ *Jeffrey A. Spivak*
                                                      JEFFREY A. SPIVAK
                                                      Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P., that Case No. 5:20-po-00025-JLT [only as to Citation # 9379309 CA/26] against LILJOHN R. ALVERY be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 29, 2024**

UNITED STATES MAGISTRATE JUDGE